UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY INSURANCE FUND and ) Index No.: 19-CIV-6656 (KMK)
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
FINISHING TRADES INSTITUTE and TRUSTEES )
OF THE INTERNATIONAL UNION OF PAINTERS )
AND ALLIED TRADES NATIONAL PENSION FUND )
and THE DISTRICT COUNCIL NO. 9 INTERNATIONAL )
UNION OF PAINTERS AND ALLIED TRADES, )
                                              )
                       Plaintiffs,            )
         -against-                            )   DEFAULT JUDGMENT
                                              )
CARLOS MEJIA ENTERPRISES, INC. A/K/A          )
MEJIA ENTERPRISES LLC,                        )
                                              )
                       Defendant.             )
                                              )

---

This action having been commenced on July 18, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Carlos Mejia Enterprises, Inc. a/k/a Mejia Enterprises LLC on July 19, 2019 via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on July 23, 2019 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of <u>Seven Thousand Nine Hundred Thirty Seven Dollars and Nineteen Cents ($7,937.19)</u>, which includes the following: contributions due and owing in the sum of $4,462.30 for the period January 1, 2016 through June 30, 2017; interest in the sum of $192.43 calculated at 2% above prime per annum through to September 30, 2017; liquidated damages in the

sum of $892.46 calculated at 20% of the principal amount; attorneys' fees in the sum of $1,925.00; plus court costs and disbursements of this action in the sum of $465.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
October 17, 2019

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.